JAMES A. PATTERSON, APPELLANT, *v.* ALFRED BAKER, RESPONDENT.

*Complaint — demurrer to.*

APPEAL from an order sustaining a demurrer to plaintiff's complaint. The action was brought by the plaintiff as owner of the circulating bills of the Mechanics' Bank, incorporated and existing in the State of Georgia, to recover damages for the wrongful use of its property by the defendant and other directors of the bank. The bills are alleged in the complaint to have been acquired by plaintiff, at various times since January, 1860, and the acts complained of are stated to have been performed at various times since

* 2 Wait's Pr., 146; Zeregal v. Benoist, 33 How. Pr., 129; Code, §§ 229, 227.

January 1, 1861. The court was of opinion that the complaint should have alleged that the bills were received before January 1, 1861, which it did not, and that without that averment the complaint did not state facts sufficient to constitute a cause of action.*

*J. S. Winter*, for the appellant.

*Wm. G. Choate* and *Wm. M. Evarts*, for the respondent.

Opinion by DANIELS, J.

DAVIS, P. J., and BRADY, J., concurred.

Order affirmed, with costs.